# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CRAIG L. JONES, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-75 |
| v. | * | |
| JAMES DEAL; LT. PRATT; MR. STEEDELY; MR. TAYLOR; and OLEFARIO RODRIGUEZ, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ____ day of _____, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)